SO ORDERED: March 25, 2008.

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF INDIANA
                 INDIANAPOLIS DIVISION

   IN RE:

   ERIC SHREVE                     )
   CHARLENE SHREVE                 )CASE NO. 98-13406-FJO-7
                                   )
         Debtors                   )
                                   )
   ERIC SHREVE                     )
   CHARLENE SHREVE                 )
                                   )
         Plaintiffs                )
                     vs.           )   Adversary Proceeding
                                   )   No.07-50564
   BENEFICIAL et al                )
         Defendant                 )
```

<u>**ORDER**</u>

This matter came before the Court upon the filing of the Motion to Dismiss by Beneficial Finance, Beneficial Management Corporation (named improperly as "Beneficial aka Beneficial Management Corporation") and HSBC Finance Corporation f/k/a Household Finance Corporation f/k/a

1

Household Finance Corporation (named improperly as "Household f/k/a Household Finance Corporation") filed on January 4, 2008.  The Court had a hearing on this matter on March 12, 2008.

After reviewing this matter, the court now finds that the relief requested in the motion should be granted.  It is, therefore;

ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss is GRANTED and Beneficial Finance, Beneficial Management Corporation ("named improperly as Beneficial aka Beneficial Management Corporation")  and HSBC Finance Corporation f/k/a Household Finance Corporation f/k/a Household Finance Corporation ("named improperly as Household f/k/a  Household Finance Corporation") are dismissed from the second and third claims of the Complaint.

###